**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|     *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO. 6:11-cv-00005 |
| | § | |
| 1,136.526 ACRES OF LAND, more or less, | § | |
| in GOLIAD COUNTY, TEXAS; and | § | |
| The County of Goliad, et al., | § | |
|     *Defendants* | § | |

## COMPLAINT IN CONDEMNATION

1.     This is an action of a civil nature brought by the United States of America at the request of Roger Natsuhara, Acting Assistant Secretary of the Navy for Energy, Installations and Environment, for the taking of an interest in property in Goliad County, Texas, under the power of eminent domain through a Declaration of Taking, and for the determination and award of just compensation to the owners and parties in interest.

2.     The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1358.

3.     The interest in property hereinafter described in Schedule "C" is taken under and in accordance with the authority set forth in Schedule "A", both are attached hereto and made a part hereof.  As stated in Schedule "A", the authority for the taking of the land is under and in accordance with the Act of Congress approved February 26, 1931 (46 Stat. 1421, 40 U.S.C. § 258a, recodified at § 3114), and acts supplementary thereto and amendatory thereof, the Act of Congress approved August 1, 1888 (25 Stat. 357, 40 U.S.C. § 257, recodified at § 3113), and under further authority of the Act of Congress approved October 28, 2009 (Public Law 111-84), which authorizes the acquisition of land required for an Operational Facility for the T-6A at Naval Air Station Corpus Christi, Texas, using funds appropriated for such purposes on

1

December 16, 2009 (Public Law 111-117). The authority to acquire land by condemnation for certain military purposes granted to the Secretary of the Navy in 10 U.S.C. § 2663 is delegated to the Assistant Secretary of the Navy (Energy, Installations and Environment) in SECNAVINST 5430.7Q, dated 21 August 2009.

4.      The public uses for which said land is taken are for military purposes in connection with Naval Outlying Landing Field Goliad, Texas, Naval Air Station Corpus Christi, Texas, and for other such uses as set forth in said Schedule "A."

5.      A general description of the property being taken is set forth in Schedule "B" attached hereto and made a part hereof.

6.      The estate taken for said public uses and the estimated just compensation therefor are set forth in said Schedule "C".

7.      The names and addresses of known parties having or claiming an interest in said property are set forth in Schedule "D" attached hereto and made a part hereof.

8.      A plat showing the land in which the interest is being taken is attached hereto as Schedule "E" and made a part hereof.

In addition to those persons named, there are or may be others who have or may have some interest in the property or interests to be taken, whose names are unknown to the Plaintiff, and such persons are made parties in the action under the designation "Other Interested Parties."

WHEREFORE, Plaintiff requests judgment that the property and interests be condemned, and that just compensation for the taking be ascertained and awarded, and for such other relief as may be lawful and proper.

Dated: February 11, 2011                    Respectfully submitted,

                                            JOSÉ ANGEL MORENO
                                            United States Attorney

                                            JOHN A. SMITH, III
                                            Assistant United States Attorney
                                            Deputy Civil Chief
                                            800 N Shoreline Blvd , Suite 500
                                            Corpus Christi, TX 78401
                                            Tel: 361-888-3111
                                            Fax: 361-888-3200


                                            *s/Jimmy A. Rodriguez*
                                            JIMMY A. RODRIGUEZ
                                            Assistant United States Attorney
                                            Attorney in Charge
                                            Southern District of Texas
                                            Texas Bar No. 24037378
                                            Federal ID No. 572175
                                            919 Milam, Suite 1500
                                            P.O. Box 61129
                                            Houston, Texas 77208
                                            Tel: (713) 567-9532
                                            Fax: (713) 718-3303
                                            Email: Jimmy.Rodriguez2@usdoj.gov

                                            JEFFREY M. TAPICK
                                            Trial Attorney, U.S. Department of Justice
                                            Environment & Natural Resources Division
                                            Post Office Box 561
                                            Washington, D.C. 20044-0561
                                            Telephone: (202) 305-0297
                                            Facsimile:  (202) 305-0398


                                            Attorneys for the United States of America