IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| United States of America ) | DECLARATION |
| ) | OF |
| Plaintiff, ) | TAKING |
| ) | |
| vs. ) | |
| ) | |
| 1,136.526 acres of land, more or less, ) | CIVIL NO. _____ 06:11-cv-00005 |
| in Goliad, Goliad County, Texas; ) | |
| The County of Goliad ) | |
| | |
| Defendants. | |

To the Honorable, the United States District Court:

I, Roger Natsuhara, Acting Assistant Secretary of the Navy for Energy, Installations and

Environment, do hereby declare that:

1. The interest in land hereinafter described in Schedule "C" is taken under and in

accordance with the authority set forth in Schedule "A", both are attached hereto and made a part

hereof.

2. The public uses for which said interest in land is taken are also set forth in said

Schedule "A".

3. A general description of the land in which the interest is being taken is set forth in

Schedule "B" attached hereto and made a part hereof.

4. The estate taken for said public uses and the estimated just compensation therefor,

are set forth in said Schedule "C".

5. The names and addresses of the parties who have or who may claim an interest in

the estate being taken are set forth in Schedule "D", attached hereto and made a part hereof.

6. A plat showing the land in which the interest is being taken is attached hereto as Schedule "E" and made a part hereof.

7. The gross sum estimated by me as just compensation for the interest being taken in the land, which aggregates 1,136.526 acres, more or less, including any and all interest taken in said land is <u>Two Million, Three Hundred Sixty-Three Thousand dollars ($2,363,000.00)</u>, which sum I cause to be deposited in the Registry of the Court for the use and benefit of the persons entitled thereto. I am of the opinion that the ultimate award for said property rights probably will be within limits prescribed by law on the price to be paid therefor.

IN WITNESS WHEREOF, the Plaintiff has caused this Declaration to be signed this _____19_____ day of ___January___, ___2011___, in the County of Arlington, Virginia.

UNITED STATES OF AMERICA

By: _____

ROGER M. NATSUHARA
Acting Assistant Secretary of the Navy
(Energy, Installations and Environment)

SCHEDULE "A"

AUTHORITY FOR TAKING AND PUBLIC USES


AUTHORITY FOR THE TAKING:

The authority for the taking of the land is under and in accordance with the Act of Congress approved February 26, 1931 (46 Stat. 1421, 40 U.S.C. § 258a, recodified at § 3114), and acts supplementary thereto and amendatory thereof, the Act of Congress approved August 1, 1888 (25 Stat. 357, 40 U.S.C. § 257, recodified at § 3113), and under further authority of the Act of Congress approved October 28, 2009 (Public Law 111-84), which authorizes the acquisition of land required for an Operational Facility for the T-6A at Naval Air Station Corpus Christi, Texas, using funds appropriated for such purposes on December 16, 2009 (Public Law 111-117). The authority to acquire land by condemnation for certain military purposes granted to the Secretary of the Navy in 10 U.S.C. § 2663 is delegated to the Assistant Secretary of the Navy (Energy, Installations and Environment) in SECNAVINST 5430.7Q, dated 21 August 2009.


PUBLIC USES:

The public uses for which said land is taken are for military purposes in connection with Naval Outlying Landing Field Goliad, Texas, Naval Air Station Corpus Christi, Texas, and for other such uses as may be authorized by Congress or by Executive Order.

SCHEDULE "B"

LEGAL DESCRIPTION OF PROPERTY

BEING a tract of land situated in the Samuel Barton Survey, Abstract No. 60, Joseph Callaghan Survey, Abstract No. 87, Joseph Callaghan Survey, Abstract No. 91, Caleb H. Jeffrey Survey, Abstract No. 170, Noah G. Stebbins Survey, Abstract No. 256, W. A. Pettus Survey, Abstract No. 398, J.C. Burns Survey, Abstract No. 481, and the M.T. Tippen Survey, Abstract No. 466, in Goliad County, Texas, and being all of a tract of land described in a deed to the County of Goliad, recorded in Volume 125, Page 455, Official Records, Goliad County, Texas (O.R.G.C.T.); said tract of land being more particularly described by metes and bounds as follows:

BEGINNING at a concrete monument found ( N 13,401,123.31 , E 2,412,178.64 ) being the most southerly corner of the herein described tract;

THENCE North 03 degrees 18 minutes 56 seconds West, a distance of 1,451.16 feet to a concrete monument found ( N 13,402,572.04 , E 2,412,094.71 );

THENCE North 10 degrees 27 minutes 08 seconds West, a distance of 10,077.43 feet to a concrete monument found ( N 13,412,482.25 , E 2,410,266.50 );

THENCE North 71 degrees 19 minutes 28 seconds West, a distance of 76.04 feet to a concrete monument found ( N 13,412,506.60 , E 2,410,194.46 );

THENCE North 78 degrees 33 minutes 56 seconds West, a distance of 882.68 feet to a concrete monument found ( N 13,412,681.59 , E 2,409,329.30 );

THENCE North 71 degrees 11 minutes 07 seconds West, a distance of 564.23 feet to a concrete monument found ( N 13,412,863.56 , E 2,408,795.22 ), being the most westerly corner of the herein described tract;

THENCE North 18 degrees 32 minutes 15 seconds East, a distance of 1,927.13 feet to a concrete monument found ( N 13,414,690.70 , E 2,409,407.90 );

THENCE North 49 degrees 09 minutes 47 seconds East, a distance of 306.83 feet to a concrete monument found ( N 13,414,891.34 , E 2,409,640.04 );

THENCE North 79 degrees 32 minutes 47 seconds East, a distance of 1,999.95 feet to a concrete monument found ( N 13,415,254.21 , E 2,411,606.80 ), being the most northerly corner of the herein described tract;

THENCE South 03 degrees 19 minutes 55 seconds East, a distance of 1,451.10 feet to a concrete monument found ( N 13,413,805.56 , E 2,411,691.14 );

THENCE South 10 degrees 27 minutes 47 seconds East, a distance of 76.82 feet to a concrete monument found ( N 13,413,730.02 , E 2,411,705.09 );

THENCE South 71 degrees 27 minutes 09 seconds East, a distance of 10,076.50 feet to a concrete monument found ( N 13,410,524.78 , E 2,421,258.22 );

THENCE South 78 degrees 34 minutes 23 seconds East, a distance of 1,451.37 feet to a concrete monument found ( N 13,410,237.24 , E 2,422,680.82 ), being the most easterly corner of the herein described tract;

THENCE South 18 degrees 32 minutes 26 seconds West, a distance of 1,999.99 feet to a concrete monument found ( N 13,408,341.05 , E 2,422,044.87 );

THENCE North 64 degrees 19 minutes 41 seconds West, a distance of 1,451.40 feet to a concrete monument found ( N 13,408,969.82 , E 2,420,736.74 );

THENCE North 71 degrees 27 minutes 23 seconds West, a distance of 5,560.00 feet to a concrete monument found ( N 13,410,738.04 , E 2,415,465.40 );

THENCE South 49 degrees 02 minutes 47 seconds West, a distance of 3,662.42 feet to a concrete monument found ( N 13,408,337.52 , E 2,412,699.39 );

THENCE South 10 degrees 26 minutes 44 seconds East, a distance of 5,560.33 feet to a concrete monument found ( N 13,402,869.34 , E 2,413,707.49 );

THENCE South 17 degrees 33 minutes 43 seconds East, a distance of 1,451.10 feet to a concrete monument found ( N 13,401,485.87 , E 2,414,145.34 );

THENCE South 79 degrees 33 minutes 17 seconds West, a distance of 1,999.84 feet to the POINT OF BEGINNING and containing 49,507,064 Square Feet or 1,136.526 Acres of Land.

Note: Basis of bearing = NAD 83 Texas South Central Zone (4204).
Note: Coordinates shown are surface coordinates based on NAD 83 Texas South Central State Plane Zone (4204) with an adjustment factor of 1.00006630418

SCHEDULE "B-1"

LEGAL DESCRIPTION OF APPURTENANT EASEMENTS

**35.312 Acres, More or Less, Parcel "E 1"**
**J. Poitevant (W.A. Pettus) Survey Section No. 12, A-398**
**Part of the Hrs. Ada Elizabeth Gantt 897.96 Acre Tract Goliad County, Texas**

1.  BEGINNING at a cedar fence post located in the South right-of-way fence of an existing public road, same being the North line of a 371.91 acre tract owned by Dagma Gurley; for the southwest corner of this 35.312 acre tract being described. Said cedar fence post also marks the southwest corner of the Ada Elizabeth Gantt 897.96 acre tract and the southeast corner of a 721.09 acre tract owned by Norene McKinney;

THENCE, N 21° 02' 20" E, at 50.60 feet pass a fence corner post located in the North right-of-way fence of the existing public road, and continuing along the existing property line fence, same being the common line between the Gantt 897.96 acre tract and the Norene McKinney 721.09 acre tract for a total distance of 975.52 feet to a point for *angle* in said fence;

THENCE, N 21 01' 40" E along said Gantt and McKinney common line a distance of 1091.06 feet to a point for the northwest corner of the herein described tract;

THENCE, S 63° 39' E a distance of 724.00 feet to a concrete monument for northeast corner of this 35.312 acre tract;

THENCE, S 19° 13' 30" W, at 1000.00 feet pass a concrete monument located in the centerline of a proposed airfield runway, and at a total distance of 1926.85 feet to a concrete monument set for corner in the North right-of-way fence of said public road;

THENCE, with the North right-of-way fence of said public road, S 70° 30' 30" E a distance of 564.19 feet to a concrete monument set for corner;

THENCE, N 77° 54' W, crossing said public road, for a distance of 388.93 feet to a point for corner;

THENCE, with the South right-of-way fence of said road, same being the North line of the aforesaid Gurley tract, N 70° 39' 30" W, a distance of 961.89 feet to the PLACE OF BEGINNING. CONTAINING within these metes and bounds 35.312 acres of land, more or less, situated in and a part of the J. Poitevant (W.A. Pettus) Survey, Section No. 12, A-398, Goliad County, Texas.

2. <u>DESCRIPTION OF GLIDE ANGLE PLANE</u>:  A trapezoidal sloping plane beginning at a true level line normal to the center line of Runway 16, to be constructed at the Outlying Field, Goliad County, Texas, and intersecting the prolongation of said center line at a point 1000.00 feet distant northerly from the said north end of said Runway 16, the elevation of said level line being the same elevation as the elevation of the end of said Runway; the length of said level line being 1500.00 feet, extending 750.00 feet on either side from the prolongation of said Runway center line, thence from said line of beginning along a plane sloping upward at a ratio of one feet vertically for each 50.00 feet measured horizontally; the westerly and easterly boundaries of the said trapezoidal plane diverging outward at angles of 97° 07' 30" from ends of the line of beginning above described.  The elevation of said plane above the land described in item 1 varies from approximately thirty-one (31) feet to one hundred sixteen (116) feet above ground elevation of the underlying lands.

**69.903 Acres, More or Less, Parcel "E 2"**
**J. Poitevant (W.A. Pettus) Survey Section No. L2, A-398 Goliad County, Texas**
**Part of the Mrs. Ada Elizabeth Gantt 897.96 Acre &1050.5 Acre Tracts**

1. BEGINNING at a point located in the common property line fence between the Gantt 897.96 acre tract and the Norene McKinney 721.09 acre tract for a West corner of the herein described 69.903 acres. Said point bears N 21° 02' 20" E 975.52 feet, N 21° 01' 40" E 1091.06 feet and N 21 04' 30" E 1314.96 feet from a cedar fence post which marks the southwest corner of the Ada Elizabeth Gantt 897.96 acre tract and the southeast corner of a 721.09 acre tract owned by Norene McKinney;

THENCE, N 80° 13' 30" E a distance of 2350.00 feet to a point for corner;

THENCE, S 2° 39' E a distance of 1410.89 feet to a concrete monument set for corner;

THENCE, S 80° 13' 30" W, at 1000.00 feet pass a concrete monument set on line and in the centerline of a proposed airfield runway, and at a total distance of 2000.00 feet to a concrete monument set for corner;

THENCE, N 16° 54' W, a distance of 1410.89 feet to the PLACE OF BEGINNING, CONTAINING within these metes and bounds 69.903 acres of land, more or less, situated in and a part of the J. Poitevant (W. A. Pettus) Survey, Section No. 12, A-398, Goliad County, Texas.

2. <u>DESCRIPTION OF GLIDE ANGLE PLANE</u>:  A trapezoidal sloping plane beginning at a true level line normal to the center line of Runway 16, to be constructed at the Outlying Field, Goliad County, Texas, and intersecting the prolongation of said center line at a point 1000.00 feet distant northerly from the said north end of said Runway 16, the elevation of said level line being the same elevation as the elevation of the end of said Runway; the length of said level line being 1500.00 feet, extending 750.00 feet on either side from the prolongation of said Runway center line, thence from said line of beginning

along a plane sloping upward at a ratio of one feet vertically for each 50.00 feet measured horizontally; the westerly and easterly boundaries of the said trapezoidal plane diverging outward at angles of 97° 07' 30" from ends of the line of beginning above described.  The elevation of said plane above the land described in item 1 varies from approximately thirty-one (31) feet to one hundred sixteen (116) feet above ground elevation of the underlying lands.

**9.240 Acres, More or Less, Parcel No. E 3**
**Caleb H. Jeffrey· Survey, A-170 Goliad County, Texas**
**Part of the T. W. Pettus Heirs 991.57 Acre Tract**

1.  BEGINNING, at a point for corner located in the common fence line between the T.W. Pettus 991.57 sere tract and a 1014.9 acre tract owned by Martha G. Harris, W. T. Neyland and Edward P. Neyland, Heirs of the Lottie P. Moore, Estate and the Effie N. Pettus, Estate.   Said point bears N 9° 17' E 280.98 feet and N 1° 30' 10" W 93.26 feet from a fence post marking the southeast corner of the T W. Pettus 991.57 acre tract, same being a northerly-northeast corner of a 1235.75 acre tract owned by Alberta S. Irby, Widow of

V. T. Irby;

THENCE, N 63° 39' W a distance of 569.82 feet to a concrete monument for corner;

THENCE, N 19° 13' 30" E, at 1000.00 feet pass a concrete monument set on line and in the centerline of a proposed airfield runway, and at a total distance of 1423.68 feet to a one inch iron pipe set for the North corner of the herein described tract, being located in the common fence line between the T. W. Pettus 991.57 acre tract and said 1014.9 acre tract;

THENCE, with the common line between the Pettus 991.57 acre tract and said 1014.9 acre tract, S 1° 30' 10" E a distance of 1597.83 feet to the  PLACE OF BEGINNING, CCNTAINING within these metes and bounds 9.240 acres of land, more or less, situated in and a part of the Caleb H. Jeffrey Survey, A-170, Goliad County, Texas.

2.  DESCRIPTION OF GLIDE ANGLE PLANE:  A trapezoidal sloping plane beginning at a true level line normal to the center line of Runway 28, to be constructed at the Outlying Field, Goliad County, Texas, and intersecting the prolongation of said center line at a point 1000.00 feet distant southeasterly from the said southeast end of said Runway 28, the elevation of said level line being the same elevation as the elevation of the end of said Runway; the length of said level line being 1500.00 feet, extending 750.00 feet on either side from the prolongation of said Runway center·line, thence from said line of beginning along a plane sloping upward at a ratio of one feet vertically for each 50.00 feet measured

horizontally; the northerly and southerly boundaries of the said trapezoidal plane diverging outward at angles of 97° 07' 30" from ends of the line of beginning above described. The elevation of said plane above the land described in item 1 varies from approximately sixty-six (66) feet to seventy-one (71) feet above ground elevation of the underlying lands.

**64.069 Acres, More or Less, Parcel No. E 4**
**Samuel Barton Survey, A-60, Joseph Callaghan Survey, A-81 Goliad County, Texas**
**Part of the Delores Ressman 628.62 Acre Tract**

1. BEGINNING at a concrete monument for the North corner of the herein described tract, said concrete monument bears N 72 ° 37' W 3852.14 feet and S 16 ° 54' E 1383.50 feet from an iron pipe marking the northeast corner of the Ressman 628.62 acre tract and the southeast corner of the Anne L. Rolf 1962 acre tract;

THENCE, S 16° 54' E a distance of 1612.45 feet to a point for corner;

THENCE, S 80° 13' 30" W, a distance of 746.86 feet to a point for corner located in the common line between the Ressman 628.62 acre tract and the Archie Fromme 372.25 acre tract, said point bears N 70° 00' 50" W 2961.07 feet from an iron pipe marking the Reesman southeast corner and the Archie Fromme Northeast corner;

THENCE, with the common line between said Ressman and Fromme tracts, N 70° 00' 50" W a distance of 1777.34 feet to a point for corner;

THENCE, N 2° 39' W a distance of 723.34 feet to a concrete monument set for corner;

THENCE, N 80° 13' 30" E, at 1000.00 feet pass a concrete monument set on line and in the centerline of a proposed airfield runway, and at a total distance of 2000.00 feet to the PLACE OF BEGINNING, CONTAINING within these metes and bounds 64.069 acres of land, more or less, of which 58.069 acres are in the Samuel Barton Survey, A-60 and 6.0 acres are in the Joseph Callaghan Survey. A-81, Goliad County, Texas.

2. <u>DESCRIPTION OF GLIDE ANGLE PLANE</u>: A trapezoidal sloping plane beginning at a true level line normal to the center line of Runway 34, to be constructed at the Outlying Field, Goliad County, Texas, and intersecting the prolongation of said center line at a point 1000.00 feet distant southerly from the said south end of said Runway 34, the elevation of said level line being the same elevation as the elevation of the end of said Runway; the length of said level line being 1500.00 feet, extending 750.00 feet on either side from the prolongation of said Runway center line, thence from said line of beginning along a plane sloping upward at a ratio of one feet vertically for each 50.00 feet measured horizontally; the easterly and westerly boundaries of the said trapezoidal plane diverging outward at angles of 97° 07'

30" from ends of the line of beginning above described. The elevation of said plane above the land described in item 1 varies from approximately forty-nine (49) feet to one hundred sixteen (116) feet above ground elevation of the underlying lands.

**0.918 Acres, More or Less, Parcel No. E 5**
**Caleb H. Jeffrey Survey, A-l70, Goliad County, Texas**
**Part of the Alberta S. Irby, a Widow, et a; 1235. 75 Acre Tract**

COMMENCING at a fence corner post for the most northwesterly corner of the Alberta S. Irby, et al, 1235.75 acre tract, same being an interior South corner of a 991.57 acre tract owned by the Heirs of T. W. Pettus, and, thence in a southerly direction with the common fence line between said Pettus and Irby tracts, S 9° 28' W 754.23 feet to a one inch iron pipe; thence southeasterly, S 70° 46.30" E 1277.00 feet to the Northwest corner of the herein described and POINT OF BEGINNING:

THENCE, S 70° 46' 30" 1 E 200.00 feet to a point for corner;

THENCE, S 19° 13' 30" W 200.00 feet to a point for corner;

THENCE, N 70 ° 46' 30" W 200.00 feet to a point for corner;

THENCE, N 19° 13' 30" E 200.00 feet to THE PLACE OF BEGINNING; CONTAINING within these metes and bounds 0.918 acres of land, more or less, situated in and a part of the Caleb H. Jeffrey Survey, A-170, Goliad County, Texas.

**49.583 Acres, More or Less, Parcel No. E 6**
**Caleb H. Jeffrey Survey, A-l70, Goliad County, Texas**
**Part of the Lottie P. Moore, Estate, and Effie N. Pettus, Estate, 1014.9 Acre Tract**

1. BEGINNING at a point for the Southwest corner of the herein described tract, located in the West boundary of said 1014.9 acre tract, same being the East boundary of a 991.57 acre tract of land owned by the Heirs of the T. W. Pettus, Estate. Said point bears N 1° 30' 10" W 93.96 feet from a corner post marking the southwest corner of the 1014.9 acre tract and the northwest corner of a 610.1 acre tract owned by W. F. Pettus;

THENCE, N 1° 30' 10" W with the common boundary line between said 1014.9 acre tract and the T. W. Pettus 991.57 acre tract, a distance of 1597.83 feet to a one inch iron pipe for corner;

THENCE, N 19° 13' 30" E a distance of 576.32 feet to a concrete monument set for corner;

THENCE, S 77° 54' E a distance of 1209.34 feet to a point for corner;

THENCE, S 19° 13' 30" W a distance of 2,191.68 feet to a point for corner located in the common boundary line between the aforesaid 1014.9 acre tract and the W. F. Pettus 610.1 acre tract;

THENCE, with the common boundary line between 1014.9 acre and 610.1 acre tracts, N 81° 26' 10" W a distance of 342.15 feet to a point for corner;

THENCE, N 63° 39' W a distance of 300.61 feet to the PLACE OF BEGINNING, CONTAINING within these metes and bounds 49.583 acres of land, more or less, situated in and a part of the Caleb H. Jeffrey Survey, A-170, Goliad County, Texas.

2. <u>DESCRIPTION OF GLIDE ANGLE PLANE</u>:  A trapezoidal sloping plane beginning at a true level line normal to the center line of Runway 28, to be constructed at the Outlying Field, Goliad County, Texas, and intersecting the prolongation of said center line at a point 1000.00 feet distant southerly from the said south end of said Runway 28, the elevation of said level line being the same elevation as the elevation of the end of said Runway; the length of said level line being 1500.00 feet, extending 750.00 feet on either side from the prolongation of said Runway center line, thence from said line of beginning along a plane sloping upward at a ratio of one feet vertically for each 50.00 feet measured horizontally; the northerly and southerly boundaries of the said trapezoidal plane diverging outward at angles of 97° 07' 30" from ends of the line of beginning above described.  The elevation of said plane above the land described in item 1 varies from approximately sixty-six (66) feet to one hundred fifteen (115) feet above ground elevation of the underlying lands.


**16.741 Acres, More or Less, Parcel No. E 7**
**Joseph Callaghan Survey, A-8l, Goliad County, Texas**
**Part of the Archie Fromme 372.25 Acre Tract**

1. BEGINNING at a point for the East corner of the herein described tract, and being located in the North line of the Archie Fromme 372.25 acre tract, same being the South line of the Delores Ressman 628.62 acre tract.  Said point bears N 70° 00' 50" W 2961.07 feet from an iron pipe marking the southeast corner of the Ressman tract and the northeast corner of the Archie Fromme tract;

THENCE, S 80° 13' 30" W a distance of 1653.14 feet to a point for corner;

THENCE, N 2° 39' W a distance of 889.11 feet to a point for a corner located in the common line between said Fromme and Ressman tracts;

THENCE, with the common line between said Ressman and Fromme tracts, S 70° 00' 50" E a distance of 1777.34 feet to the PLACE OF BEGINNING, CONTAINING within these metes and bounds

16.741 acres of land, more or less, situated in and a part of the Joseph Callaghan Survey, A-81, Goliad County, Texas.

2. <u>DESCRIPTION OF GLIDE ANGLE PLANE</u>: A trapezoidal sloping plane beginning at a true level line normal to the center line of Runway 34, to be constructed at the Outlying Field, Goliad County, Texas, and intersecting the prolongation of said center line at a point 1000.00 feet distant southeasterly from the said southeast end of said Runway 34, the elevation of said level line being the same elevation as the elevation of the end of said Runway; the length of said level line being 1500.00 feet, extending 750.00 feet on either side from the prolongation of said Runway center line, thence from said line of beginning along a plane sloping upward at a ratio of one feet vertically for each 50.00 feet measured horizontally; the easterly and westerly boundaries of the said trapezoidal plane diverging outward at angles of 97° 07' 30" from ends of the line of beginning above described. The elevation of said plane above the land described herein varies from approximately one hundred thirteen (113) feet to one hundred twenty-one (121) feet above ground elevation of the underlying lands.

**18.084 Acres, More or Less, Parcel No. E 8**
**M. T. Tippen Original Survey, A-466, Goliad County, Texas**
**Part of the Mayme B. Welch 381.37 Acre Tract**

1. BEGINNING at a point for the northwest corner of this 18.084 acre tract being described. Said point is in the common line between the Welch 381.37acre tract and the H. C. Brinkoeter 718.46 acre tract, same being the South line of a public road, and bears S 70° 42' 20" E 110.55 feet from a corner post marking the Welch northwest corner and also the northwest Corner of 2204.86 acres conveyed by Mary H. Wilson to B. H. Wilson, by Deed dated December 17, 1909, and of record in Volume 39, page 601 of the Goliad County Deed Records;

THENCE, S 70° 42' 20" E along the South fence of said public road, same being the Welch-Brinkoeter common line, for a distance of 1193.05 feet to a large mesquite corner post, said post also marks the southeast corner of the H. C. Brinkoeter 718.46 acre tract and the southwest corner of a 721.09 acre tract owned by Norene McKinney;

THENCE, continuing with the South fence of said public road, S 70° 23' 50" E along the Welch-McKinney common line, a distance of 883.47 feet to an iron pipe marking the northeast corner of the Welch tract and the northwest corner of a 371.91 acre tract owned by Dagma Gurley;

THENCE, with the common line between the Welch and Gurley tracts, S 19° 17' 20" W a distance of 244.62 feet to a point for corner;

THENCE, N 77° 54' W a distance of 2092.39 feet to a point for corner;

THENCE, N 19° 13' 30" E a distance of 511.41 feet to the PLACE OF BEGINNING; CONTAINING within these metes and bounds 18.084 acres of land, more or less, situated in and a part of the M. T. Tippen Original Survey, A-Q66, Goliad County, Texas.

2. <u>DESCRIPTION OF GLIDE ANGLE PLANE</u>:  A trapezoidal sloping plane beginning at a true level line normal to the center line of Runway 10, to be constructed at the Outlying Field, Goliad County, Texas, and intersecting the prolongation of said center line at a point 1000.00 feet distant northwesterly from the said northwest end of said Runway 10, the elevation of said level line being the same elevation as the elevation of the end of said Runway; the length of said level line being 1500.00 feet, extending 750.00 feet on either side from the prolongation of said Runway center line, thence from said line of beginning along a plane sloping upward at a ratio of one feet vertically for each 50.00 feet measured horizontally; the northerly and southerly boundaries of the said trapezoidal plane diverging outward at angles of 97° 07' 30" from ends of the line of beginning above described.  The elevation of said plane above the land described in item 1 varies from approximately fifty-one (51) feet to one hundred eleven (111) feet above ground elevation of the underlying lands.

**42.549 Acres, More or Less, Parcel "E 10"**
**Stone, Kyle & Kyle Survey No. 12, A-368 Goliad County, Texas**
**Part of the H. C. Brinkoeter 718.46 Acre Tract**

1. BEGINNING at a large mesquite post located in the South fence line of an existing public road for the southeast corner of this 42.549 acre tract being described. Said post is in the North line of a 381.37 acre tract of land owned by Mayme B. Welch and also marks the southeast corner of the H. C. Brinkoeter 718.46 acre tract ("TRACT NO.3") and the southwest corner of a 721.09 acre tract ("TRACT NO.4") owned by Norene McKinney;

THENCE, N 70 ° 42' 20" W along the South fence of the existing public road, same being the common line between the Welch and Brinkoeter tracts, a distance of 1193.05 feet to a point for corner;

THENCE, N 19° 13' 30" E at a distance of 49.75 feet cross the North fence of a said public road, and at a total distance of 2438,09 feet to a point for the northwest corner of this tract being described;

THENCE, S 63° 39' E a distance of 350.66 feet to a point for corner in the common fence line between the Brinkoeter and McKinney tracts;

THENCE, S 0' 12' '10" E along the common fence line between the Brinkoeter and McKinney tracts, at 2489.70 feet pass a corner post located in the North fence line of said public road, and at a total distance of 2541.20 feet to the PLACE OF BEGINNING; CONTAINING within these metes and bounds 42.549 acres of land, more or less, situated in and a part of the Stone, Kyle & Kyle Survey No. 13, A-368, Goliad County, Texas.

2. <u>DESCRIPTION OF GLIDE ANGLE PLANE</u>:  A trapezoidal sloping plane beginning at a true level line normal to the center line of Runway 10, to be constructed at the Outlying Field, Goliad County, Texas, and intersecting the prolongation of said center line at a point 1000.00 feet distant northwesterly from the said northwest end of said Runway 10, the elevation of said level line being the same elevation as the elevation of the end of said Runway; the length of said level line being 1500.00 feet, extending 750.00 feet on either side from the prolongation of said Runway center line, thence from said line of beginning along a plane sloping upward at a ratio of one feet vertically for each 50.00 feet measured horizontally; the northerly and southerly boundaries of the said trapezoidal plane diverging outward at angles of  97° 07' 30" from ends of the line of beginning above described.  The elevation of said plane above the land described in item 1 varies from approximately eighty-nine (89) feet to one hundred two (102) feet above ground elevation of the underlying lands.


**5.306 Acres, More or Less, Parcel "E 11"**
**M. T. Tippen Original Survey, A-466 Goliad County, Texas**
**Part of the Dagma Gurley 371.91 Acre Tract**

1. BEGINNING at an iron pipe for the northwest corner of this 5.306 acres, more or less, being described, located in the South fence line of an existing public road, same being the South line of a 721.09 acre tract owned by Norene McKinney.  Said iron pipe also marks the northwest corner of the Dagma Gurley 371.91 acre tract and the northeast corner of a 381.37 acre tract owned by Mayme B. Welch;

THENCE, with the South fence line of the existing public road, same being the South line of the Norene McKinney tract, S 70° 28' 30" E a distance of 939.73 feet to a cedar post for corner, said cedar post also marks the southeast corner of the Norene McKinney 721.09 acre tract and the southwest corner of an 898.86 acre tract owned by Ada Elizabeth Gantt;

THENCE, continuing along the South fence line of the existing public road and the South line of the aforesaid Gantt tract, S 70° 39' 30" E a distance of 961.89 feet to a one inch iron pipe set for corner; and being located N 70° 58' 40" W 321.35 feet from the Gurley northeast corner;

THENCE, N 77 ° 54' W a distance of 1916.67 feet to a point, for corner in the common fence line between the Welch and Gurley tracts;

THENCE, N 19° 17' 20" E along the common fence line between said Welch and Gurley tracts for a distance of 244.62 feet to the PLACE OF BEGINNING; CONTAINING within these metes and bounds 5.306 acres of land, more or less, situated in and a part of the M. T. Tippen Original Survey, A-466, Goliad County, Texas.

2. <u>DESCRIPTION OF GLIDE ANGLE PLANE</u>:  A trapezoidal sloping plane beginning at a true level line normal to the center line of Runway 10, to be constructed at the Outlying Field, Goliad County,

Texas, and intersecting the prolongation of said center line at a point 1000.00 feet distant northwesterly from the said northwest end of said Runway 10, the elevation of said level line being the same elevation as the elevation of the end of said Runway; the length of said level line being 1500.00 feet, extending 750.00 feet on either side from the prolongation of said Runway center line, thence from said line of beginning along a plane sloping upward at a ratio of one feet vertically for each 50.00 feet measured horizontally; the northerly and southerly boundaries of the said trapezoidal plane diverging outward at angles of 97° 07' 30" from ends of the line of beginning above described. The elevation of said plane above the land described in item 1 varies from approximately twenty-four (24) feet to fifty-one (51) feet above ground elevation of the underlying lands.

**0.230 Acres, More or Less, Parcel No. E 12**
**Jos. Callaghan Survey, A-87 Goliad County, Texas**
**Part of the Anne L. Rolf 1962 Acre Tract**

COMMENCING at a corner post at a jog, or offset, in an existing public road, and marking the Northwest corner of the Rolf tract and the Northeast corner of the Dagma Gurley 371.91 acre tract, said post is also in the South boundary line of an 897.96 acre tract owned by Ada Elizabeth Gantt; thence with the North line of the existing public road and common line between the Rolf and Gantt tracts, S 70° 44' 10" E 1104.0 feet; thence, S 70° 51' 4.0" E 950.95 feet; thence, continuing with said fence and common line, S 70° 26' 30" E 1751.55 feet to a corner post at an angle to the right in the road; thence, continuing with said road fence and common line, S 66° 04' 10" E 2484.88 feet to a one inch iron pipe; thence, S 49° 43' 30" W 1065.86 feet to a point for the North corner of the herein described tract and POINT OF BEGINNING:

THENCE, S 29° 16' 30" E l09.72 feet to a point for corner;

THENCE, S 60° 43' 30" W 100.00 fact to a point for corner;

THENCE, N 29° 16' 30" W 90.28 feet to a point for corner;

THENCE, N 49° 43' 30" E 101.87 feet to the PLACE OF BEGINNING: CONTAINING within these metes and bounds 0.230 acres of land, more or less, is situated in and a part of the Joseph Callaghan Survey, A-87, Goliad County, Texas.

**0.230 Acres, More of Less, Parcel No. E 13**
**Samuel Barton Survey, A-60 Goliad County, Texas**
**Part of the Anne L. Rolf 1962 Acre Tract**

COMMENCING at a corner post at a jog, or offset, in an existing public road, and marking the Northwest corner of the Rolf tract and the Northeast corner of the Dagma Gurley 371.91 acre tract, said post is also in the South boundary line of an 897.96 acre tract owned by Ada Elizabeth Gantt; thence, with the North line of the existing public road and common line between the Rolf and Gantt tracts, S 70° 44' 10" E 1104.0 feet; thence, S 70° 51' 40" E 950.95 feet; thence, continuing with said fence and common line, S 70° 26' 30" E 1751.55 feet to a corner post at an angle to the right in the road; thence, continuing with said road fence and common line, S 66° 04' 10" E 2484.88 feet to a one inch iron pipe; thence, S 49° 43' 30" W 2963.00 feet to a point for the Northwest corner of the herein described tract and POINT OF BEGINNING:

THENCE, S 52° 16' 30" E 89.37 feet to a point for corner;

THENCE, S 37° 43' 30" W 100.00 feet to a point for corner;

THENCE, N 52° 16' 30" W 110.63 feet to a point for corner;

THENCE, N 49° 43' 30" E 102.23 feet to the PLACE OF BEGINNING; CONTAINING within these metes and bounds 0.230 acres of land, more or less, is situated in and a part of the Samuel Barton Survey, A-60, Goliad County, Texas.


**0.460 Acres, More or Less, Parcel No. E 14**
**Samuel Barton Survey, A-60 Goliad County, Texas**
**Part of the Delores Ressman 628.62 Acre Tract**

COMMENCING at an iron pipe marking the northeast corner of the Ressman 628.62 acre tract and the southeast corner of the Anne L. Rolf 1962 acre tract, and, thence westerly along the Rolf and Ressman common line, N 72° 37' 40" W 3852.14 feet to a one inch iron pipe; thence S 16° 54' E 1383.50 feet to a concrete monument and thence S 80° 13' 30" W 1780.00 feet to the northeast corner of the herein described tract and POINT OF BEGINNING:

THENCE, S 9° 46' 30" E 200.00 feet to a point for corner;

THENCE, S 80° 13' 30" W 100.00 feet to a point for corner;

THENCE, N 9° 46' 30" W 200.00 feet to a point for corner;

THENCE, N 80° 13' 30" E 100.00 feet to the PLACE OF BEGINNING; CONTAINING within these metes and bounds 0.460 acres of land, more or less, situated in and a part of the Samuel Barton Survey, A-60, Goliad County, Texas.

**0.781 Acres, More or Less, Parcel No. E 15**
**Samuel Barton Survey, A-50 Goliad County, Texas**
**Part of the Delores Ressman 628.62 Acre Tract**

COMMENCING at an iron pipe marking the northeast corner of the Ressman 628.62 acre tract and the southeast corner of the Anne L. Rolf 1962 acre tract, and, thence along the Ressman and Rolf common fence line N 72° 37' 40" W 3852.14feet to a one inch iron pipe; thence S 16° 54' E 1383.50 feet to a concrete monument; thence S 80° 13' 30" W 2000.00 feet to a concrete monument; and, thence, N 2° 39' W 1360.74 feet to a point for the East corner of the herein described tract and POINT OF BEGINNING:

THENCE, S 41° 13' 30" W 154.58 feet to a point for corner;

THENCE, N 48° 46' 30" W 150.00 feet to a point for corner;

THENCE, N 41° 13' 30" E 290.48 feet to a point for corner in the West property line of a proposed airfield;

THENCE, with the airfield West line, S 9° 46' 30" E 112.33 feet to a concrete monument for corner;

THENCE, S 2° 39' E a distance of 90.46 feet to the PLACE OF BEGINNING; CONTAINING within these metes and bounds 0.781 acres of land, more or less, situated in and a part of the Samuel Barton Survey, A-60, Goliad County, Texas.


**0.407 Acres, More or Less, Parcel "E 16"**
**Caleb H. Jeffrey Survey, A-170 Goliad County, Texas**
**Part of the W. F. Pettus et al 610.1 Acre Tract**

1. BEGINNING at a point for the West corner of the herein described tract, located in the common boundary line of the W. F. Pettus et al 610.1 acre tract and a 1014.9 acre tract owned by the Heirs of the Lottie P. Moore, Estate and the Effie N. Pettus, Estate. Said point bears S 81° 26' 10" E 269.93 feet from a corner post marking the W. F. Pettus et al northwest corner,  same being the southwest corner of the 1014.9 acre tract;

THENCE, with the common boundary line between the W. F. Pettus et al 610.1 acre tract and said 1014.9 acre tract, S 81° 26' 10" E a distance of 342.15 feet to a point for corner;

THENCE, S 19° 13' 30" W a distance of 105.32 feet to a point for corner;

THENCE, N 63° 39' W a distance of 338.91 feet to the PLACE OF BEGINNING, CONTAINING within these metes and bounds 0.407 acres of land, more or less, situated in and a

part of the Caleb H. Jeffrey Survey, A-170, Goliad County, Texas.

2. UNDERLINE DESCRIPTION OF GLIDE ANGLE PLANE: A trapezoidal sloping plane beginning at a true level line normal to the center line of Runway 28, to be constructed at the Outlying Field, Goliad County, Texas, and intersecting the prolongation of said center line at a point 1000.00 feet distant southeasterly from the said southeast end of said Runway 28, the elevation of said level line being the same elevation as the elevation of the end of said Runway; the length of said level line being 1500.00 feet, extending 750.00 feet on either side from the prolongation of said Runway center line, thence from said line of beginning along a plane sloping upward at a ratio of one feet vertically for each 50.00 feet measured horizontally; the northerly and southerly boundaries of the said trapezoidal plane diverging outward at angles of 97° 07' 30" from ends of the line of beginning above described. The elevation of said plane above the land described in item 1 varies from approximately eighty-eight (88) feet to one hundred two (102) feet above ground elevation of the underlying lands.

**0.561 Acres, More or Less, Parcel E 17**
**J. Poitevant (W. A. Pettus) Survey Section No. 12, A-398, Goliad County, Texas**
**Part of the Mrs. Ada Elizabeth Gantt 897.96 Acre Tract**

COMMENCING at a cedar fence post located in the South right-of-way fence of a public road, same being the North line of a 371.91 acre tract owned by Dagma Gurley, and marking the southwest corner of the Ada Elizabeth Gantt 897.96 acre tract and the southeast corner of a 721.09 acre tract owned by Norene McKinney; thence, N 21° 02' 20" E 50.60 feet to a fence corner post; thence, with the North fence line of said public road, S 70° 39' 30" E 782.04 feet to a concrete monument; thence, N 19° 13' 30" E 1926.85 feet to a concrete monument; thence, N 49° 43' 30" E 306.90 feet a concrete monument; thence N 80° 13' 30" E 2000.00 feet to a concrete monument; and, thence S 2° 39' E 1437.35 feet to a point for the southwest corner of the herein described tract and POINT OF BEGINNING:

THENCE, N 41° 13' 30" E 207.31 feet to a point for corner;

THENCE, S 48° 46' 30" E 100.00 feet to a point for corner;

THENCE. S 41° 13' 30" W 253.38 feet to a point for corner in the North line of a proposed airfield;

THENCE, N 70° 46' 30" W 32.97 feet to a concrete monument for corner;

THENCE, N 9° 46' 30" W 76.98 feet to a concrete monument for corner;

THENCE, N 2° 39' W 13.85 feet to the PLACE OF BEGINNING; CONTAINING within these metes and bounds 0.561 acres of land, more or less, situated in and a part of the J. Poitevant (W. A. Pettus) Survey, Section No. 12, A-398, Goliad County, Texas.

**0.459 Acres, More or Less, Parcel E 18**
**Joseph Callaghan Survey, A-87 Goliad County, Texas**
**Part of the Mrs. Ada Elizabeth Gantt 897.96 Acre Tract**

COMMENCING at a cedar fence post located in the South right-of-way fence of a public road, same being the North line of a 371.91 acre tract owned by Dagma Gurley, and marking the southwest corner of the Ada Elizabeth Gantt 897.96 acre tract and the southeast corner of a 721.09 acre tract owned by Norene McKinney; thence, N 21° 02' 20" E 50.60 feet to a fence corner post; thence, with the North fence line of said public road, S 70° 39' 30" E 782.04 feet to a concrete monument; thence N 19° 13' 30" E 1926.85 feet to a concrete monument; thence, N 49° 43' 30" E 306.90 feet to a concrete monument; thence, N 80° 13' 30" E 2000.00 feet to a concrete monument; thence, S 2° 39' E 1451.20 feet to a concrete monument; thence, S 9° 46' 30" E 76.98 feet to a concrete monument; and, thence, S 70° 46' 30" E 3099.45 feet to a point for the southwest corner of the herein described tract and POINT OF BEGINNING:

THENCE, N 33° 13' 30" E 212.47 feet to a point for corner;

THENCE, S 56° 46' 30" E 100.00 feet to a point for corner;

THENCE, S 33° 13' 30" W 187.53 feet to a point for corner in the North line of a proposed airfield;

THENCE, N 70° ~6' 30" W 103.06 feet to the PLACE OF BEGINNING; CONTAINING within these metes and bounds 0.459 acres of land, more or less, situated in and a part of the Joseph Callaghan Survey, A-87, Goliad County, Texas.

**0.459 Acres, More or Less, Parcel E 19**
**Joseph Callaghan Survey, A-87 Goliad County, Texas**
**Part of the Mrs. Ada Elizabeth Gantt 897.96 Acre Tract**

COMMENCING at a cedar fence post located in the South right-of-way fence of a public road, same being the North line of a 371.91 acre tract owned by Dagma Gurley, and marking the southwest corner of the Ada Elizabeth Gantt 897.96 acre tract and the southeast corner of a 721.09 acre tract owned by Norene McKinney; thence, N 21° 02' 20" E 50.60 feet to a fence corner post; thence, with the North fence line of said public road, S 70° 39' 30" E 782.04 feet to a concrete monument; thence N 19° 13' 30" E 1926.85 feet to a concrete monument; thence, N 49° 43' 30" E 306.90 feet to a concrete monument; thence, N 80° 13' 30" E 2000.00 feet to a concrete monument; thence, S 2° 39' E 1451.20 feet to a concrete monument; thence, S 9° 46' 30" E 76.98 feet to a concrete monument; and thence, S 70° 46' 30" E 4621.49 feet to a point for the southwest corner of the herein described tract and POINT OF

BEGINNING:

      THENCE, N 27° 13' 30" E 207.03 feet to a point for corner;

      THENCE, S 62° 46' 30" E 100.00 feet to a point for corner;

      THENCE, S 27° 13' 30" W 192.97 feet to a point for corner in the North line of a proposed airfield.

      THENCE, N 70° 46' 30" W 100.98 feet to the PLACE OF BEGINNING; CONTAINING within these metes and bounds 0.459 acres of land, more or less, situated in and a part of the Joseph Callaghan Survey, A-87, Goliad County, Texas.

**1.492 Acres, More or Less, Parcel E 20**
**Joseph Callaghan Survey, A-87, J. Poitevant (W.A. Pettus) Survey No. 12, A-398, Goliad County, Texas**
**Part of the Mrs. Ada Elizabeth Gantt 897.96 Acre Tract**

      COMMENCING at a cedar fence post located in the South right-of-way fence of a public road, same being the North line of a 371.91 acre tract owned by Dagma Gurley, and marking the southwest corner of the Ada Elizabeth Gantt 897.96 acre tract and the southeast corner of a 721.09 acre tract owned by Norene McKinney; thence, N 21° 02' 20" E 50.60 feet to a fence corner post; thence, with the North fence line of said public road, S. 70° 39' 30" E 782.04 feet to a concrete monument; thence N 19° 13' 30" E 1926.85 feet to a concrete monument; thence, N 49° 43' 30" E 306.90 feet to a concrete monument; thence, N 80° 13' 30" E 2000.00 feet to a concrete monument; thence, S 2° 39' E 1451.20 feet to a concrete monument; thence, S 9° 46' 30" E 76.98 feet to a concrete monument; and, thence, S 70° 46' 30" E 1466.98 feet to a point for the southwest corner of the herein described tract and POINT OF BEGINNING:

      THENCE, N 19° 13' 30" E 130.00 feet to a point for corner;

      THENCE, S 70° 46' 30" E 500.00 feet to a point for corner;

      THENCE, S 19° 13' 30" W 130.00 feet to a point for corner in the North line of a proposed airfield;

      THENCE, N 70° 46' 30" W 500.00 feet to the PLACE OF BEGINNING; CONTAINING within these metes and bounds 1.492 acres of land, more or less, of which 0.492 acres is a part of the Joseph Callaghan Survey. A-87 and the 1.0 acres is a part of the J. Poitevant (W.A. Pettus) Survey No. 12, Goliad County, Texas.

**0.230 Acres, More or Less, Parcel E 21**
**J. Poitevant (W.A. Pettus) Survey No. 12, A-398 Goliad County, Texas**
**Part of the Mrs. Ada Elizabeth Gantt 897.96 Acre Tract**

COMMENCING at a cedar fence post located in the South right-of-way fence of a public road, same being the North line of a 371.91 acre tract owned by Dagma Gurley, and marking the southwest corner of the Ada Elizabeth Gantt 897.96 acre tract and the southeast corner of a 721.09 acre tract owned by Norene McKinney; thence, N 21° 02' 20" E 50.60 feet to a fence corner post; thence, with the North fence line of said public road, S 70° 39' 30" E 782.04. feet to a concrete monument; thence N 19° 13' 30" E 1926.85 feet to a concrete monument; thence, N 49° 43' 30" E 306.90 feet to a concrete monument; thence, N 80° 13' 30" E 2000.00 feet to a concrete monument; thence, S 2° 39' E 1451.20 feet to a concrete monument; thence, S 9° 46' 30" E 76.98 feet to a concrete monument; and, thence, S 70° 46' 30" E 976.98 feet to a point for the southwest corner of the herein described tract and POINT OF BEGINNING:

THENCE, N 19° 13' 30" E 100.00 feet to a point for corner;

THENCE, S 70° 46' 30" E 100.00 feet to a point for corner;

THENCE, S 19° 13' 30" W 100.00 feet to a point for corner in the North line of a proposed airfield;

THENCE, N 70° 16' 30" W 100.00 feet to the PLACE OF BEGINNING: CONTAINING within these metes and bounds 0.230 acres of land, more or less, situated in and a part of the J. Poitevant (W.A. Pettus) Survey No. 12, A-398, Goliad County, Texas.

**0.268 Acres, More or Less, Parcel E 22**
**J. Poitevant (W.A. Pettus) Survey No. 12, A-398 Goliad County, Texas**
**Part of the Mrs. Ada Elizabeth Gantt 897.96 Acre Tract**

COMMENCING at a cedar fence post located in the South right-of-way fence of a public road, same being the North line of a 371.91 acre tract owned by Dagma Gurley, and marking the southwest corner of the Ada Elizabeth Gantt 897.96 acre tract and the southeast corner of a 721.09 acre tract owned by Norene McKinney; thence, N 21° 02' 20" E 50.60 feet to a fence corner post; thence, with the North fence line of said public road, S 70° 39' 30" E 782.04 feet to a concrete monument; thence N 19° 13' 30" E 1131.85 feet to a point for the southeast corner of the herein described tract and POINT OF BEGINNING:

THENCE, N 45° 46' 30" W 140.00 feet to a point for corner;

THENCE, N 44° 13' 30" E 100.00 feet to a point for corner;

THENCE, S 45° 16' 30" E 93.36 feet to a point for corner;

THENCE, S 19° 13' 30" W 110.34 feet to the PLACE OF BEGINNING; CONTAINING within these metes and bounds 0.268 acres of land, more or less, situated in and a part of the J. Poitevant (W. A. Pettus) Survey, A-398, Goliad County, Texas.

**0.200 Acres, More or Less, Parcel E 23**
**J. Poitevant (W. A. Pettus) Survey No. 12, A-398 Goliad County, Texas**
**Part of the Mr. Ada Elizabeth Gantt 897.96 Acre Tract**

COMMENCING at a cedar fence post located in the South right-of-way fence of a public road, same being the North line of a 371.91 acre tract owned by Dagma Gurley, and marking the southwest corner of the Ada Elizabeth Gantt 897.96 acre tract and the southeast corner of a 721.09 acre tract owned by Norene McKinney; thence, N 21° 02' 20" E 50.60 feet to a fence corner post; thence, with the North fence line of said public road, S 70° 39' 30" E 782.04 feet to a concrete monument; thence S 70° 30' 30" E 564.19 feet to a concrete monument, and, thence, S 77° 54' E 272.62 feet to a point for the northwest corner of the herein described tract and POINT OF BEGINNING:

THENCE, S 77° 54' E 100.00 feet to a point for corner;

THENCE, S 12° 06' W 93.41 feet to a point for corner;

THENCE. N 70° 44' 10" W 100.79 feet to a point for corner;

THENCE, N12° 06' E 80.84 feet to the PLACE OF BEGINNING; CONTAINING within these metes and bounds 0.200 acres of land, more or less. situated in and a part of the J. Poitevant (W.A. Pettus) Survey, A-398, Goliad County, Texas.

**0.230 Acres, More or Less, Parcel E 24**
**Joseph Callaghan Survey, A-87 Goliad, Texas**
**Part of the T. W. Pettus Heirs 991.57 Acre Tract**

COMMENCING at a fence corner post marking an interior South corner of the T. W. Pettus, Estate 991.57 acre tract, same being the northwest corner of a 1235.75 acre tract owned by Alberta S. Irby, widow of V. T. Irby; thence, S 9° 28' W along the Pettus-Irby common line, 754.23 feet to a one inch iron pipe; thence, N 70° 46' 30" W 2047.51 feet to a one inch iron pipe in the East right-of-way fence of a public road; thence, with the East road right-of-way fence, N 7° 10' 40" E 1676.94 feet to a one inch iron pipe; thence, S 70° 46' 30" E 529.57 feet to a point for the southwest corner of the herein described tract and POINT OF BEGINNING:

THENCE, N 19° 13' 30" E 100.00 feet to a point for corner;

THENCE, S 70° 46' 30" E 100.00 feet to a point for corner;

THENCE, S 19° 13' 30" W 100.00 feet to a point for corner;

THENCE, N 70° 46' 30" W 100.00 feet to the PLACE OF BEGINNING; CONTAINING within the metes and bounds 0.230 acres of land, rnore or less, situated in and a part of the Joseph Callaghan Survey. A-87, Goliad County, Texas.

**0.230 Acres, More or Less, Parcel E 25**
**G. Stebbins Survey, A-256 Goliad, Texas**
**Part of the Anne L. Rolf 1962 Acre Tract**

COMMENCING at a corner post at a jog, or offset, in an existing public road, and marking the Northwest corner of the Rolf tract and Northeast corner of the Dagma Gurley 371.91 acre tract, said post is also the South boundary line of an 897.96 acre tract owned by Ada Elizabeth Gantt; thence with the North line of the existing public road and common line between the Rolf and Gantt tracts, S 70° 44' 10" E 1104.0 feet to a one inch iron pipe; thence, S 9° 46' 30" E 4803.19 feet to a point for the North corner of the herein described tract and POINT OF BEGINNING:

THENCE, S 9° 46' 30" E 100.00 feet to a point for corner;

THENCE, S 80° 13' 30" W 100.00 feet to a point for corner;

THENCE, N 9° 46' 30" W 100.00 feet to a point for corner;

THENCE, N 80° 13' 30" E 100.00 feet to the PLACE OF BEGINNING; CONTAINING within the metes and bounds 0.230 acres of land, rnore or less, situated in and a part of the G. Stebbins Survey. A-256, Goliad County, Texas.

**0.230 Acres, More or Less, Parcel E 26**
**G. Stebbins Survey, A-256 Goliad, Texas**
**Part of the Anne L. Rolf 1962 Acre Tract**

COMMENCING at a corner post at a jog, or offset, in an existing public road, and marking the Northwest corner of the Rolf tract and Northeast corner of the Dagma Gurley 371.91 acre tract, said post is also the South boundary line of an 897.96 acre tract owned by Ada Elizabeth Gantt; thence with the North line of the existing public road and common line between the Rolf and Gantt tracts, S 70° 44' 10" E 1104.0 feet to a one inch iron pipe; thence, S 9° 46' 30" E 5303.19 feet to a point for the North corner of the herein described tract and POINT OF BEGINNING:

THENCE, S 9° 46' 30" E 100.00 feet to a point for corner;

THENCE, S 80° 13' 30" W 100.00 feet to a point for corner;

THENCE, N 9° 46' 30" W 100.00 feet to a point for corner;

THENCE, N 80° 13' 30" E 100.00 feet to the PLACE OF BEGINNING; CONTAINING within the metes and bounds 0.230 acres of land, rnore or less, situated in and a part of the G. Stebbins Survey. A-256, Goliad County, Texas.

SCHEDULE "C"

ESTATE TAKEN AND JUST COMPENSATION

ESTATE TAKEN

The estates hereby taken in the land described in Schedule "B" are:

a. A fee simple in 1,136.526 acres of land, more or less, excepting therefrom all oil, gas, hydrocarbons, and other minerals in said land, provided: however, that the owners of said oil, gas, hydrocarbons and other minerals, their successors and assigns, are prohibited from performing any operation on the surface of said land for the purpose of exploring, mining or drilling for or producing said excepted oil, gas, hydrocarbons and other minerals, but reserving to said owners, the right of ingress to and egress from said land below the surface thereof to explore, mine, and drill for and produce said oil, gas, hydrocarbons and other minerals by directional or slant drilling from sites located outside of the boundaries of the land taken;

b. A perpetual avigation easement in Parcels

E-1 (35.312 acres),
E-2 (69.903 acres),
E-3 (9.24 acres),
E-4 (64.069 acres),
E-6 (49.583 acres),
E-8 (18.084 acres),
E-10 (42.549 acres), and
E-16 (0.407 acres), including:

1. The perpetual right to clear and keep clear said easement parcels of any man made or natural obstruction extending above the obstruction clearance glide angle planes described in said Schedule "B".

2. The right to remove or alter, in whole or in part, land, trees, existing buildings or other structures, as necessary to eliminate any obstructions above said glide angle planes.

3. The right to prohibit future erection of buildings or other structures extending above said glide angle planes.

4. The right of way for the free and unobstructed passage in, through and across that portion of the airspace above the glide angle planes, overlying the described property, for aircraft, regardless of the type, description or manner of operation and regardless of the frequency of flights or the intensity of sound generated by such aircraft.

     5. The right of ingress to and egress from and passage on and over said land for the purpose of exercising said easement rights.

c. A perpetual drainage easement subject to outstanding easements of record in Parcels

E-5 (0.918 acres),
E-12 (0.23 acres),
E-13 (0.23 acres),
E-14 (0.46 acres),
E-15 (0.781 acres),
E-17 (0.561 acres),
E-18 (0.459 acres),
E-19 (0.459 acres),
E-20 (1.492 acres),
E-21 (0.23 acres),
E-22 (0.268 acres),
E-23 (0.2 acres),
E-24 (0.23 acres),
E-25 (0.23 acres), and
E-26 (0.23 acres), including

the perpetual right to construct, operate, maintain and repair a drainage ditch in and across said parcels as described in said Schedule "B"; the right of ingress to and egress from and passage on and over said land for the purpose of exercising said easement right.

d. A perpetual avigation easement in Parcels

E-7 (16.714 acres) and E-11 (5.306 acres), including:

     1. The perpetual right to clear and keep clear said easement parcels of any man made or natural obstruction extending above the obstruction clearance glide angle planes described in said Schedule "B".

     2. The right to remove or alter, in whole or in part, land, trees, existing buildings or other structures, as necessary to eliminate any obstructions above said glide angle planes.

     3. The right to prohibit future erection of buildings or other structures extending above said glide angle planes.

     4. The right of way for the free and unobstructed passage in, through and across that portion of the airspace above the glide angle planes, overlying the described property, for aircraft, regardless of the type, description or

> manner of operation and regardless of the frequency of flights or the intensity of sound generated by such aircraft.

> 5. The right of ingress to and egress from and passage on and over said land for the purpose of exercising said easement rights.

The estates listed in "a", "b" and "c" above being the same interests in land, excluding only an easement identified as "E-9", acquired by the United States by condemnation in United States of America v. 1,547.6 acres of land, more or less, in the County of Goliad, State of Texas, Ada Elizabeth Gantt, et al., Civil Action No. 68-V-6, U.S. District Court for the Southern District of Texas, Victoria Division.

The estates listed in "d" above being the same interests in land acquired by the United States of America from (1) Archie Fromme, joined by his wife, Alleyn Fromme; Margaret Fromme and husband, L. C. Fromme, Sr.; and Delores Ressman, by an Easement Deed dated April 24, 1968, recorded in the County of Goliad Deed Records in volume 232, page 140 and (2) Dagma Gurley and husband H. J. Gurley by an Easement Deed dated May 16, 1968, recorded in the County of Goliad Deed Records in volume 232, page 137, for parcels E-7 and E-11 respectively.

The estates listed in "a", "b" "c" and "d" above being the same interests in land conveyed from the United States of America to the County of Goliad, by Deed Without Warranty, dated June 21, 2000, and recorded in Goliad County Official Record Book 125 at pages 455 through 473.

Subject to existing easements of record for public roads and highways, public utilities, drainage canals, railroads, and pipelines; and further subject to rights granted to Welder Exploration & Production, Inc. by the County of Goliad, in a Surface Damage Agreement dated May 21, 2009, recorded at volume 338, page 720, Official Records of Goliad County, Texas, to enter upon Goliad County Industrial Park to drill and operate an oil and gas exploratory well denominated as #1 Goliad Naval Air Station #1 (API#42-175-34099).

ESTIMATED JUST COMPENSATION

The estimated just compensation for the property described in Schedule "B" is $2,363,000.00.

SCHEDULE "D"

NAMES AND ADDRESSES OF PERSONS HAVING OR CLAIMING AN INTEREST IN
THE ABOVE PROPERTY

Fee Simple Title of the property described in Schedule "B":

County of Goliad, 127 North Courthouse Square, Goliad, TX 77963.

Other Interested Parties in Parcel 21-01-11-0-000-001.000:

None.

SCHEDULE "E"

SURVEY DRAWING

Boundary survey prepared July 10, 2009.

Naval Facilities Engineering Command, Southeast, Naval Air Station Jacksonville, Florida, "PROPOSED LAND ACQUISITION – GOLIAD COUNTY, O.L.F. GOLIAD AIRPORT, GOLIAD, TEXAS", Sheet 4 of 4.



Schedule "E"

PROPOSED LAND ACQUISITION — GOLIAD COUNTY
O.L.F. GOLIAD AIRPORT
GOLIAD, TEXAS