IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Case No. 06:11-cv-00005 |
| | § | |
| 1,136.526 ACRES OF LAND, more or less, | § | |
| in GOLIAD COUNTY, TEXAS; and | § | |
| The County of Goliad, et al., | § | |
|     Defendants. | § | |

## AGREED FINAL JUDGMENT

The Court enters this FINAL JUDGMENT pursuant to the Parties' announcement of settlement of all claims arising from the taking of the described estate in certain property, together with all improvements thereon and appurtenances thereto belonging, reserved, and identified in the Declarations of Taking filed on February 11, 2011, Doc. No. 2 (herein collectively "Subject Property"). After the Parties informed the court that a settlement had been reached, this action was dismissed without prejudice, subject to reinstatement. Doc. No. 53. The Court being fully advised, HEREBY reinstates this matter and ORDERS AND ADJUDGES, that:

1. The full and just compensation payable by the United States of America to Goliad County shall be the sum of Three Million Six Hundred Twenty Five Thousand Dollars ($3,625,000.00), which sum is all inclusive, for any claim of whatsoever nature from Defendant Goliad County resulting from this condemnation action.

2. Judgment shall be, and is hereby, entered against the United States of America in the amount of Three Million Six Hundred Twenty Five Thousand Dollars ($3,625,000.00) for

any claim of whatsoever nature from Defendant Goliad County because of the United States' taking of the Subject Property.

3.  The United States of America deposited into the registry of the Court the total sum of ($2,363,000.00) as estimated just compensation for the taking of the described estates in Declaration of Taking, Doc. No. 2, and upon deposit of said funds into the Court's registry, title to said estates in said tracts more fully described in the Complaint, as amended, to the extent set forth in the Declaration of Taking, as amended, vested in the name of the United States of America by operation of law. Additionally, the United States was found by this Court's Order of March 11, 2011, to be entitled to immediate possession of the property at issue in this condemnation suit. Said funds remain in the registry to date. Pursuant to settlement of this matter, The United States of America will deposit an additional One Million Two Hundred Sixty Two Thousand Dollar ($1,262,000.00) into the Court's registry. Funds on deposit or to be deposited into the registry shall be available for withdraw by Defendant upon proper motion.

4.  The sum of Three Million Six Hundred Twenty Five Thousand Dollars ($3,625,000.00) shall constitute full and just compensation and shall be in full satisfaction of any and all claims by Defendant of whatsoever nature against the United States by reason of the institution and prosecution of this action and the taking of the described interests or estates in the Subject Property, and all appurtenances thereto belonging.

5.  The said sum of Three Million Six Hundred Twenty Five Thousand Dollars ($3,625,000.00) shall be subject to all real estate taxes, liens, encumbrances of record and charges of whatsoever nature existing against Defendant's property at the time of vesting of title thereto in the United States of America, and all such real estate taxes, liens, encumbrances of record and charges of whatsoever nature shall be payable and deductible from the said sum.

6. Goliad County warrants that at the date of taking it had the exclusive right to the compensation herein, and further agrees to save and hold harmless the United States of America from all claims or liability resulting from any unrecorded leases or agreements affecting Defendant's property.

7. In the event that any other party is ultimately determined by a court of competent jurisdiction to have any right to receive compensation for damage caused to Defendant's property as a result of this action, Defendant shall refund into the registry of the Court the compensation distributed herein, or such part thereof as the Court may direct, with interest thereon at an annual rate provided in 40 U.S.C. § 3116 (2006) from the date of receipt of the just compensation by the Defendant to the date of repayment into the registry of the Court.

8. The Parties shall be responsible for their own legal fees, costs, and expenses, including attorneys' fees, consultants' fees, and any other expenses or costs.

9. The signatory Parties hereto shall take no appeal from any rulings or judgments made by the Court in this action, and the Parties consent to the entry of all orders and judgments necessary to effectuate this Final Judgment and close this case.

DONE AND ORDERED, in chambers, at Galveston, Texas, this 16th day of October, 2013.

_____
GREGG J. COSTA
United States District Judge

3

**AGREED AS TO FORM AND SUBSTANCE:**

By: _____
Jimmy A. Rodriguez
Assistant United States Attorney
1000 Louisiana, Suite 2300
Houston, TX 77002
(713) 567-9532
jimmy.rodriguez2@usdoj.gov
Texas Bar No. 24037378
Federal ID No. 572175

Attorney for Plaintiff
United States of America

By: _____
Kimberli Deagen Loessin
Barron & Adler, LLP
1421 Heights Blvd.
Houston, Texas 77008
(713) 526-1500
Kim@BarronAdler.com

Attorney for Defendant Landowner
Goliad County



4